**IT IS SO ORDERED.**

RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

**Dated: 13 June, 2008 12:35 PM**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ZEPP, STEVEN E. & ZEPP, GWENDOLYN K. | CASE NO: 07-19450 |
| | Debtor(s) | CHAPTER 13 |
| | | JUDGE RANDOLPH BAXTER |

### ORDER GRANTING APPLICATION BY DEBTOR COUNSEL FOR FEES

This matter came to be considered on counsel for debtors' Application for Attorney fees. The Court finds that Counsel for debtor served all interested parties with the Application for Fees and the Notice of Hearing. There have been no objections to the Application for Fees.

**IT IS, THEREFORE, ORDERED**:

That William Balena's Application for Attorney fees is GRANTED, and the advance payment

paid by Debtors in the amount of $1,000.00 is reasonable



Submitted By

/s/ William J. Balena

_____
William J. Balena (0019641)
Attorney for Debtors
511 West Broad Street
Elyria, OH 44035
(440) 365-2000
(440) 323-0260 - Fax
bbalena@mac.com

## SERVICE LIST

Craig Shopneck, Ch 13 Trustee
Via e-mail

William J. Balena
Via e-mail

Steven Zepp
5854 Lee Road
N. Ridgeville, Ohio 44039

Gwendolyn Zepp
5266 Grafftin Rd., #D-9
Brunswick, OH 44212

###